IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID S. GOLDSTEIN,**

    Plaintiff,

v.                                                                Civil Action No. **3:17CV226**

**ANNE HARRIS,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 10, 2017, the Court conditionally docketed Plaintiff's action. On April 24, 2017, the United States Postal Service returned the April 10, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: 5/4/17
Richmond, Virginia